AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FILED
NORTHERN DIST. OF TX
2020 MAY 15 AM 10: 23
DEPUTY CLERK _____

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Samuel Lynn Johnson | ) |
| | ) 5-20MJ-0051 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2018 to January 2019__ in the county of __Scurry__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Sections 2252A(a)(5)(B) and 2252A(b)(2) | From in or about July 2018 to in or about January 2019, in the Lubbock Division of the Northern District of Texas, and elsewhere, Samuel Lynn Johnson, defendant, did knowingly possess material which contained a least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in affecting interstate and foreign commerce, by any means, including by computer. |

This criminal complaint is based on these facts:

See attached affidavit

✔ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Quigley, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 15th day of May 2020.

Date: 5/15/20

_____
*Judge's signature*

City and state: Lubbock, Texas

D. Gordon Bryant, Jr., U.S. Magistrate Judge
*Printed name and title*

Print | Save As... | Attach | Reset

## **AFFIDAVIT IN SUPPORT OF COMPLAINT**

1.  My name is Keith Quigley. I am a Special Agent (SA) employed by the Federal Bureau of Investigation (FBI), United States Department of Justice, and I have been so employed for 22 years. I have been assigned to the Lubbock, Texas, Resident Agency since 1998. I have handled many investigations involving child exploitation and child pornography. As an FBI SA, I am authorized to investigate crimes involving the sexual exploitation of children in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) makes it a federal offense to knowingly possess any material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. I am the case agent on a possession of child pornography case in which Samuel Lynn Johnson is the target.

2.  In my training and experience, I have found that virtually all cellular telephones constitute a means or facility of interstate or foreign commerce. They also use the Internet, a means or facility of interstate and foreign commerce.

3.  The National Center for Missing and Exploited Children (NCMEC) forwarded Cybertip (CT) report #49395969 to the Snyder Police Department (SPD) for investigative review. The CT related to Tumblr reporting child pornography was being

1

May 15, 2020 (v.1)

uploaded to Tumblr account "deafeningheropastapizza" associated with email address tutlesam0000@gmail.com.

4. One image titled "180472998214_1_inline_image.jpg" depicts a prepubescent female, believed to be between 6-10 years old, performing oral-genital sexual intercourse with an adult male.

5. Another image titled "180886241069_0_inline_image.jpg" depicts a prepubescent female, between 6-10 years old, lying on a mattress with her dress pulled up, no panties on with her legs spread open exposing her vulva with what appears to be semen on it.

6. Both of the images described above are child pornography as defined in Title 18, United States Code, Section 2256(8). The last date of login to the above stated Tumblr account was January 18, 2019, 00:02:13 -0500, Internet Protocol Address. A subpoena for the above stated IP address returned to the following:

Name: Nicky Johnson

Address: 2302 Sunset Avenue, Snyder Texas

The SPD determined Nicky has son by the name of Samuel Johnson.

A copy of Samuel Johnsons Texas driver's license application revealed he uses the email address turtlesam0000@gmail.com.

7. On May 14, 2020, Affiant and SPD Detective Lea Tarter interviewed Samuel Johnson who admitted using the above stated Tumblr account (on his cellular

2

telephone) to actively view, search and save child pornography. Samuel also acknowledged residing in Snyder, Texas when he did this.

8. On May 14, 2020, Texas Department of Public Safety Special Agent Roy Basham interviewed Samuel Johnson after Affiant left the Snyder Police Department. During the interview Samuel told SA Basham about a visit to Snyder, TX by his 7 year old niece during the summer of 2019. Samuel's niece was staying at the residence where he lived with his parents in Snyder, TX. Samuel admitted to SA Basham that he was lying in bed with his niece and he placed his hand inside of her panties and rubbed on her vulva.

9. For the reasons described above, I respectfully request an arrest warrant be issued for the arrest of Samuel Lynn Johnson for violating Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2), Possession of Child Pornography Involving a Prepubescent Minor.

*[signature]*

Keith Quigley
Special Agent
Federal Bureau of Investigation
Lubbock, Texas

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41 (d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable

3

May 15, 2020 (v.1)

electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 15th day of May 2020.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

4

May 15, 2020 (v.1)